IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



UNITED STATES OF AMERICA

V.                                                                    CRIMINAL NO. 4:03CR23-HTW

GREGG HUDDLESTON

## AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4). The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants. The parties agree that a sentencing reduction is appropriate in this case. The Court concurs, and hereby ORDERS as follows:

(1) The sentence is reduced from 63 months to 51 months;

(2) Defendant should be entitled to immediate release;

(3) If this sentence is less than the amount of time the defendant has served, Defendant's sentence is reduced to **TIME SERVED**.

(4) All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the 15th day of April, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED:

_____                    _____
ASSISTANT U.S. ATTORNEY                                     DEFENSE COUNSEL