

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:03cr23WS

GREG HUDDLESTON

### ORDER ON GOVERNMENT'S REQUEST TO DELAY DEFENDANT'S RELEASE FOR TEN DAYS

Came on for consideration this day upon the Government's *ore tenus* motion to delay the defendant's release for ten days, and the Court, having been fully advised in the premises, finds as follows:

1. All parties have agreed that as a result of United States Sentencing Guidelines Amendment 706, as amended by Amendment 711, the defendant is eligible for a reduction in sentence, and all parties have executed an order to that effect.

2. The Government requests that the release of the defendant be delayed for ten calendar days from the date of the filing of the Court's Order granting the reduction. This period of delay will enable the Bureau of Prisons (1) to review the defendant for possible civil commitment as a sexually dangerous person, as required by 18 U.S.C. § 4248; (2) to notify victims and witnesses of the release of an offender as required by 18 U.S.C. § 3771; (3) to notify law enforcement officials and sex offender registration officials of the release of a violent offender or sex offender pursuant to 18 U.S.C. §

4042(b) and (c); and (4) to permit adequate time to collect DNA samples pursuant to 42 U.S.C. § 14135a.

The Court, having considered the Government's motion, finds that the motion should be, and it hereby is ___✓___ granted _____ denied.

SO ORDERED on this the _15th_ day of ~~March~~ April, 2008.

*Henry T. Wingate*
UNITED STATES DISTRICT JUDGE